IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DENA GREEN HARRIS,

      Plaintiff,

v.                                    CASE NO.: 4:08cv280-SPM/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated March 26, 2009 (doc. 20). Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 20) is adopted and incorporated by reference in this order.

2.      The decision of the Commissioner to deny Plaintiff's application for

Social Security benefits is reversed and this case is remanded to supplement and update Plaintiff's medical records, to obtain evidence from a rheumatology as to whether Plaintiff has fibromyalgia or a similar disease, and to what extent her condition has an effect upon her residual functional capacity, to redetermine her residual functional capacity, and to correct the problems identified with respect to the questions posted to the vocational expert.  .

DONE AND ORDERED this 27th day of April, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:08cv280-SPM/WCS