IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DENA GREEN HARRIS,

    Plaintiff,

v.                                    CASE NO.: 4:08cv280-SPM/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER AWARDING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

THIS CAUSE comes before the Court on Plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act. Doc. 25. Defendant filed a response (doc. 26) advising that it does not object to the requested award. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act (doc. 25) is granted.

2. The Commissioner is directed to pay Attorney Heather Freeman $3,210.67, which are reasonable fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

3.  The United States Department of Treasury may apply the fee payment to offset a debt owed by Plaintiff in accordance with 31 C.F.R. § 285.5(e)(6)(ii).

DONE AND ORDERED this 6th day of May, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge